IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jose Martinez, on behalf of himself and all other similarly situated persons, known and unknown, Plaintiffs,<br>v.<br>1450 Chubby's Gyros, Inc., and Connie Pagones, Defendants. | Case No. 1:17-cv-3219<br><br>Hon. Judge Kennelly<br><br>Hon. Magistrate Judge Jeffrey T. Gilbert |

## NOTICE OF VOLUNTARY DISMISSAL

The plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), defendants 1450 Chubby's Gyros, Inc. and Connie Pagones, having neither filed an Answer or a Motion for Summary Judgment, respectfully requests that the Court dismiss all causes of action against defendants with prejudice.

Thursday, June 29, 2017

Respectfully submitted,

**/s/ Raisa Alicea**
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-800-1017
ralicea@yourclg.com

*One of plaintiff's attorneys*